UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAGE ELECTRONICS AND TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 05-3124 ) |
| SHELBY COUNTY COMMUNITY SERVICES, | ) ) ) |
| Defendant. | ) |

## **OPINION**

The parties have signed and submitted a Stipulation for Dismissal. See d/e 7.  In it, the parties agree to dismiss with prejudice any and all claims they have or could have advanced against each other.  Each party also agrees to bear its own costs and attorney's fees.

**ERGO**, any and all claims Sage Electronics and Technology, Inc. and Shelby County Community Services have or could have advanced against each other are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

ENTERED:  November 1, 2005.

FOR THE COURT:

s/ Richard Mills
United States District Judge